FILED

FEB 23 2018

PETER A. MOORE, JR. CLERK
US DISTRICT COURT
BY _____ US DISTRICT COURT, EDNC
_____ A A
_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Eastern_ DIVISION

Henry Williams, II,

_____)

_____)

(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. _4:18-CV-32-BR_

(To be assigned
by the Clerk of
District Court)

vs.

Pitt County Board,
of Education
Pitt County School,

_____)

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

1. Plaintiff resides at 3009 McGregor Downs Rd., Apt #103, Greenville, NC ~~2784~~ 27834

2. Defendant(s)name(s): Pitt County Board of Education, 1717 W. Fifth Street, Greenville, NC 27834

1

Location of principal office(s) of the named defendant(s):

_____

_____

Nature of defendant(s) business: Local Educational Agency, Government, School Public School District

Approximate number of individuals employed by defendant:
More than 300

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) __X__ Other acts as specified below:

Defendant Created a hostile working environment based on race and age and retaliated against me after I complained about my Supervisor, Rodney Curry and his manager Joe Weatherington. Mr. Whitherton

_____

_____

_____

2

5. Plaintiff is:

(A) __✓__ presently employed by the defendant.

(B) _____ not presently employed by the defendant.

The dates of employment were _____.

Employment was terminated because:

(1) _____ plaintiff was discharged.

(2) _____ plaintiff was laid off.

(3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

(A) __X__ my race.

(B) _____ my religion.

(C) _____ my sex.

(D) _____ my national origin.

(E) __X__ other as specified below:

_____Age_____and_____Retaliation_____for_____

Complaining_____about_____discrimination_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

(a) Rodney Cerry, White male, approximately 40 years old, Mechanic Supervisor;

(b) Joey Whitherrgton, Transportation manager, White male, approximately 54 years old

_____

_____

3

Case 4:18-cv-00032-BR    Document 1    Filed 02/23/18    Page 3 of 6

8. The alleged discrimination occurred on or about _11/21/2016, Dec, 15, 2016, January 5, 2017 + also were ongoing before + after these dates_

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

_Mr. Cerry discriminated against me by referring to me and other black employees as "boyz" and refusing to use the proper name for any black employee; by refusing to sit near black employees, including me; by yelling loudly for no reason, calling me "stupid"; refused to make repairs to heating system. Younger employees would be put in newer buses. I was always put in old, broken down buses. on Nov. 21, 2016, Rodney refused, Joey Whithergton discriminated against me by treating me more harshly than white employees and more harshly than younger employees & (Continued on next page)_

10. The alleged illegal activity took place at: _The Transportation lot owned by the Pitt County Public Schools_

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about _January 23, 2017_. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me ~~on~~ _After November 29, 2017_.

4

Case 4:18-cv-00032-BR    Document 1    Filed 02/23/18    Page 4 of 6

# DRAFT

## Paragraph 9, Continued

On December 15, 2016 when I complained about Rodney Curry being discriminatory, ~~tot~~ Mr. Whitherington told me I was "nothing but a trouble maker."

On January 5, 2017 Mr. Whitherington took my regular bus away and sent it to another school. He gave me an old bus to punish me for complaining about discrimination. ~~My regular bus~~ I had been driving my regular bus for two years. There was no reason to send it to another school. My regular bus had air conditioning and heating. The old bus they gave me had no air conditioning or heat then Mr. Curry refused to repair the heating system in the old bus.

12. I seek the following relief:

(A) _____ recovery of back pay;

(B) _____ reinstatement to my former job;

(C) __✓__ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

injunctive orders, damages, costs and attorney's fees.

_02-23-2018_
Date

_Henry Williams II_
Signature of Plaintiff

_PO Box 822_
_Greenville, NC 27835_
_252-376-0800_
Address and Phone Number of Plaintiff

5