UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| HENRY WILLIAMS, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 4:18-CV-32-BR |
| PITT COUNTY BOARD OF EDUCATION ) | |
| and PITT COUNTY SCHOOLS ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED that** the Court adopts the Memorandum and Recommendations as its own. Defendants' motion to dismiss is allowed; plaintiff's retaliation and hostile work environment claims are DISMISSED WITHOUT PREJUDICE; and plaintiff's discrimination claims are DISMISSED WITH PREJUDICE.

This Judgment Filed and Entered on January 8, 2019 with service on:
Henry Williams, II, 3009 McGregor Downs Rd., Apt. 103, Greenville, NC 27834 (via US Mail)
Deborah R. Stagner (via CM/ECF Notice of Electronic Filing)

Date: January 8, 2019     PETER A. MOORE, JR., CLERK

_/s/ Lauren Herrmann_
Lauren Herrmann, Deputy Clerk