UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18–CV–32–BR

| HENRY WILLIAMS, II, | ) | |
| :--- | :--- | :--- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PITT COUNTY BOARD OF EDUCATION, et. al., | ) | |
| Defendants. | ) | |

This matter is before the court on Henry Williams, II's ("plaintiff") motions to reopen his case. (DE ## 25, 26.) The Pitt County Board of Education and Pitt County Schools ("defendants") did not respond. The matter is now ripe for adjudication.

On 8 January 2019, the court adopted Magistrate Judge Robert Jones' 5 December 2018 memorandum and recommendation ("M&R") granting defendants' motion to dismiss and directing the Clerk to close the case. (DE # 23.) On 30 January 2019, plaintiff filed a motion to reopen his case. (DE # 25.) A duplicate motion was filed on 5 February 2019. (DE # 26.) Plaintiff moves for his case to be reopened claiming that he was "not proper[ly] informed[ed,]" "(M&R), have filed false statement[,]" and his "constitution[al] right[s] as a black citizen ha[s] been violate[d]." Plaintiff requests "that this case be move[d] to [a] higher court . . . and heard by [a] jury." (DE # 25, at 1.)

The 5 December 2018 M&R set plaintiff's deadline to file any objections by 19 December 2018 and informed plaintiff that if he failed to file any objections, review of the M&R may be limited. Plaintiff does not claim he did not receive the M&R. Additionally, all court correspondence has been sent to plaintiff's address on file and has not been returned to the court.

Therefore, plaintiff's motions are DENIED. However, because plaintiff appears to also seek to appeal the court's order, the Clerk is DIRECTED to docket the instant motions as notice of appeal.

This 22 April 2019.

_____
W. Earl Britt
Senior U.S. District Judge