IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18–CV–32–BR

| HENRY WILLIAMS, II, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PITT COUNTY BOARD OF EDUCATION, | ) | |
| Defendant. | ) | |

This matter is before the court on Magistrate Judge Robert B. Jones, Jr.'s Memorandum and Recommendation ("M&R") recommending the court grant defendant's motion to dismiss for plaintiff's failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (DE # 43.) Plaintiff did not file an objection thereto.

"The Court is not required to review, under a de novo or any other standard, the factual or legal conclusion of the magistrate judge to which no objections have been raised." Clark v. Harrah's NC Casino Co., LLC, No. 1:17–CV–00240–MR–DLH, 2018 WL 4664136, at *1 (W.D.N.C. Sept. 28, 2018) (citing Thomas v. Arn, 474 U.S. 140, 150 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed.")). Accordingly, the court ADOPTS the M&R as its own. Defendant's motion to dismiss is ALLOWED. Plaintiff's complaint is DISMISSED. The Clerk is DIRECTED to close the case.

This 23 March 2020.

_____
W. Earl Britt
Senior U.S. District Judge